Pursuant to N.C. Gen. Stat. § 143-292 and Tort Claims Rule 301, both parties had fifteen (15) days to file notice of appeal to the Full Commission following their receipt of Deputy Commissioner Rowell's Order filed on May 27, 2005. Since plaintiff failed to file notice of appeal until May 20, 2006, it is hereby ORDERED that defendant's motion is GRANTED and plaintiff's appeal to the Full Commission is DISMISSED WITH PREJUDICE.
This 6th day of March 2007.
 S/_______________ DIANNE C. SELLERS COMMISSIONER *Page 2 
CONCURRING:
 S/_______________ CHRISTOPHER SCOTT COMMISSIONER
 S/_____________ PAMELA T. YOUNG COMMISSIONER *Page 1